# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**VIKTOR BORISOVICH NETYKSHO, et al.,**<br><br>**Defendants.** | Crim. No. 18-215 (ABJ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Kyle Freeny as counsel for the Government in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>ROBERT S. MUELLER, III<br>Special Counsel |
| Dated: April 16, 2019 | */s/ Kyle R. Freeny*<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800<br>*Attorney for the United States of America* |